PDR NO. _____

| | | |
|---|---|---|
| TIWIAN LAQUINN SKIEF,<br>　　Appellant, | §<br>§<br>§ | IN THE COURT OF CRIMINAL |
| v. | §<br>§ | APPEALS AT AUSTIN, TEXAS |
| THE STATE OF TEXAS,<br>　　Appellee. | §<br>§ | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

## MOTION TO FILE A SINGLE COPY

COMES NOW Tiwian Skief, Appellant in the above styled and numbered cause, and files his motion to request to file a single copy within this Honorable Court, and shows this court GOOD CAUSE to GRANT this motion as follows:

FILED IN
COURT OF CRIMINAL APPEALS

MAY 29 2015

Abel Acosta, Clerk

1. The Appellant is currently incarcerated in the TDCJ-CID Coffield Unit in Anderson County.

2. Appellant is currently without Counsel for the Appellant is indigent.

3. The Coffield unit does NOT allow offenders to have access to a coping machine, and cannot provide this court with the required copies to go to the proper parties.

4. The Appellant request this Court to order the clerk of the Court to make the required copies to go to the proper parties at hand, and further requests this Honorable Court to allow the Appellant to proceed by allowing Appellant to file a single copy.

## PRAYER

Appellant prays that this Court will GRANT this motion and order the CLEKR of the Court to provide the required copies to go to the needed parties at hand.

## INMATE DECLARATION

I, Tiwian L. Skief, #01769917, being currently incarcerated

page 1

in the TDCJ-CID Coffield Unit in Anderson County, Texas, declares that the foregoing is true and correct under the penalty of perjury. EXECUTED THIS DAY OF MAY 26, 2015.

TIWIAN L. SKIEF
#01769917-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro se.

## PROOF OF MAILING

I, Tiwian L. Skief, #01769917, declaares under the penalty of perjury that I have placed this motion in the internal mail box of the Coffield unit in Anderson County, Texas on May 26, 2015.

TIWIAN L. SKIEF
#017769917-Coffield
2661 FM 2054
Tenn.Colony, Tx. 75884
Pro-se.